## AFFIDAVIT OF SERVICE

| Case: 23-1004 | Court: The United States District Court for Eastern District of Pennsylvania | Job: 10327514 |
|---|---|---|
| Plaintiff / Petitioner: HUDA FAKHREDDINE; TROUTT POWELL; PENN FACULTY FOR JUSTICE IN PALESTINE | | Defendant / Respondent: THE UNIVERSITY OF PENNSYLVANIA |
| Received by: Flying Process Service | | For: Negron Law (Shahily Negron, Esq.) |
| To be served upon: THE UNIVERSITY OF PENNSYLVANIA | | |

I, Eric Diaz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** University Of Pennsylvania Office of General Counsel 2929 Walnut Street, Suite 400 Philadelphia, PA 19104
**Manner of Service:** Business, Mar 13, 2024, 8:49 AM EST
**Documents:** Summons, Order, Filed Designation Form, Complaint, Civil Cover Sheet (Received Mar 12, 2024 at 8:52 PM EST)

**Additional Comments:**
1) Successful Attempt: Mar 13, 2024, 8:49 PM EST at 2929 Walnut Street, Suite 400 Philadelphia, PA 19104
Donna Graber  Age: 50s; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Brown; Eyes: Brown;
Donna Graber who identified herself as "Executive Coordinator" accepted legal documents.

_[signature]_  3/13/24

Eric Diaz                                         Date

Flying Process
PO Box 834
Leesport, PA 19533
215-480-0874