IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fakhreddine et al | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| University of Pennsylvania | : | No.: 2:24-cv-01034 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of Jonathan Wallace _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.[1]

☐    DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# **Case 2:24-cv-01034**

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Jonathan Wallace** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New York | January 1981 | 1733757 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| SDNY | June 1, 1982 | JW6365 |
| 2nd Cir. | June 23, 2017 |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

**Jonathan Wallace** Digitally signed by Jonathan Wallace Date: 2024.03.13 10:55:10 -04'00'
(Applicant's Signature)

**03/13/2024**
(Date)

Name of Applicant's Firm: Self
Address: PO 728, Amagasnett NY 11930
Telephone Number: 917-359-6234
Email Address: jonathan.wallace80@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/13/2024**
(Date)

**Jonathan Wallace** Digitally signed by Jonathan Wallace Date: 2024.03.13 10:56:25 -04'00'
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jonathan Wallace _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Shahily Negrón, Esq. | (Sponsor's Signature) | 01/10/2023 | 332 842 |
|---|---|---|---|
| (Sponsor's Name) | | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The Law Firm of Shahily Negrón, Esq.

943 Washington Street, Reading, PA 19601

(646) 484-1491

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/19/2024
(Date)

_____
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fakhreddine et al | : | Civil Action |
| v. | : | |
| University of Pennsylvania | : | No.: 2:24-cv-01034 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Jonathan Wallace, Esq. Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Service was made by ECF to all Counsel of Record and Parties.

_____
(Signature of Attorney)
Shahily Negrón, Esq.
_____
(Name of Attorney)
Shahily Negrón, Esq.
_____
(Name of Moving Party)
03/19/2024
_____
(Date)