### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FAKHREDDINE et al** | : | CIVIL ACTION |
| v. | : | |
| **THE UNIVERSITY OF PENNSYLVANIA** | : | NO.:  24-cv-1034 |
| **YAKOBY et al** | : | CIVIL ACTION |
| v. | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | NO.:  23-cv-4789 |

### O R D E R

**AND NOW**, this **21st** day of **MARCH 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Mitchell S. Goldberg for further proceedings.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**