IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fakhreddine et al | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| University of Pennsylvania | : | No.: 2:24-cv-01034 |

ORDER

AND NOW, this  22nd  day of  March  20  , it is hereby

ORDERED that the application of Jonathan Wallace _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.[1]

☐  DENIED.

/s/ Mitchell S. Goldberg
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.