AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| HUDA FAKHREDDINE, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-01034-MSG |
| UNIVERSITY OF PENNSYLVANIA ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNIVERSITY OF PENNSYLVANIA .

Date: 03/25/2024

/s/ Jason G. Canavan
*Attorney's signature*

Jason G. Canavan (Bar No. 329874)
*Printed name and bar number*

Office of General Counsel, University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
*Address*

jay.canavan@ogc.upenn.edu
*E-mail address*

(215) 573-3811
*Telephone number*

(215) 746-5222
*FAX number*

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certify that on March 25, 2024, a true and correct copy of the foregoing Notice of Appearance was filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  March 25, 2024                                              Respectfully submitted,

                                                                                   */s/ Jason G. Canavan*
                                                                                   Jason G. Canavan