AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| HUDA FAKHREDDINE, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-01034-MSG |
| UNIVERSITY OF PENNSYLVANIA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNIVERSITY OF PENNSYLVANIA.

Date: 03/25/2024

/s/ Sean V. Burke
*Attorney's signature*

Sean V. Burke (Bar No. 82637)
*Printed name and bar number*

Office of General Counsel, University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
*Address*

sean.burke@ogc.upenn.edu
*E-mail address*

(215) 746-5254
*Telephone number*

(215) 746-5222
*FAX number*

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certify that on March 25, 2024, a true and correct copy of the foregoing Notice of Appearance was filed electronically through the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  March 25, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sean V. Burke*
　　　　　　　　　　　　　　　　　　　　　　　Sean V. Burke