# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                              Plaintiffs,<br><br>     v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                              Defendant. | No. 2:24-cv-01034 (MSG) |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2024, it is hereby ORDERED that the application of Seth P. Waxman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

Dated: _____                    _____
                                                                         Hon. Mitchell S. Goldberg
                                                                         U.S. District Judge