## CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2024, a copy of the foregoing Motion for Admission Pro Hac Vice and Declaration of Seth P. Waxman were served on all counsel of record who have appeared in this case via the Court's CM/ECF System.

_____
Sean V. Burke