UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　　Defendant. | No. 2:24-cv-01034 (MSG) |

**DECLARATION OF DAVID GRINGER IN SUPPORT OF
<u>MOTION FOR *PRO HAC VICE* ADMISSION</u>**

　　　　I, David Gringer, hereby declare the following facts in conformity with Local Rule of Civil Procedure 83.5.2(b), of the United States District Court for the Eastern District of Pennsylvania:

　　　　1.　This Declaration is submitted in support of my motion to be admitted to appear before this Court *pro hac vice* in this case on behalf of Defendant University of Pennsylvania ("Penn").

　　　　2.　I am a Partner at Wilmer Cutler Pickering Hale & Dorr LLP.  My office is located at 250 Greenwich St., 45th Floor, New York, NY 10007.

　　　　3.　I am a member in good standing of the bars of the District of Columbia (Bar No. 1001200) and New York (Bar No. 4879029).  I am also admitted to practice in the United States Court of Appeals for the Ninth Circuit (No Bar No. assigned); the United States Court of Appeals for the Fifth Circuit (No Bar No. assigned); the United States Court of Appeals for the Eleventh Circuit (No Bar No. assigned); the Southern District of New York (No Bar No. assigned); and the United States District Court for the District of Columbia (No Bar No. assigned).

2

4. Penn has requested that I act as one of its attorneys in this matter because I am part of the team at Wilmer Cutler Pickering Hale & Dorr LLP that represents it in connection with this litigation and the related case, *Yakoby v. Trustees of the University of Pennsylvania*, Case No. 2:23-cv-04789-JP. I am familiar with the facts of the case and the legal issues that both cases implicate.

5. I do not have any pending disciplinary complaints, including complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 25, 2024

*/s/ David Gringer*
David Gringer