# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                  Plaintiffs,<br>   v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                  Defendant. | No. 2:24-cv-01034 (MSG) |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2024, it is hereby ORDERED that the application of David Gringer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

Dated: _____

                                                          Hon. Mitchell S. Goldberg<br>
                                                          U.S. District Judge