# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                    Defendant. | No. 2:24-cv-01034 (MSG) |

## ORDER

AND NOW, this 26th day of March, 2024, it is hereby ORDERED that the application of Seth P. Waxman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

Dated:  March 26, 2024                                   /s/ Mitchell S. Goldberg

                                                                    Hon. Mitchell S. Goldberg
                                                                    U.S. District Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)