**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **HUDA FAKHREDDINE** *et al.*, | Civil Action |
| *Plaintiffs*, | No. 24-cv-1034 |
| *v.* | |
| **THE UNIVERSITY OF PENNSYLVANIA,** | |
| *Defendant*. | |

## <u>ORDER</u>

**AND NOW**, this 27th day of March, 2024, upon consideration of Plaintiffs' request to consolidate this case with <u>Yakoby v. University of Pennsylvania</u>, No. 23-cv-4789, and having reviewed the allegations in the respective complaints, and finding that consolidation would not facilitate judicial economy, it is hereby **ORDERED** that the request (ECF No. 11) is **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**