## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certify that on April 3, 2024, a true and correct copy of the foregoing Defendant's Letter Requesting Pre-Motion Conference was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  April 3, 2024                                          Respectfully submitted,

                                                                              */s/ Seth P. Waxman*
                                                                              Seth P. Waxman