**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on **April 09, 2024**, a true and correct copy of the foregoing **Plaintiffs' Reply Letter to Defendant's Letter Requesting Pre-Motion Conference** was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:      April 09, 2023

Respectfully Submitted,

_____
Shahily Negrón, Esq.