IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNIVERSITY OF PENNSYLVANIA, <br><br> *Defendant*. | Civil Action <br><br> No. 24-cv-1034 |

### ORDER

**AND NOW**, this 15th day of April, 2024, it is hereby **ORDERED** that the parties shall meet and confer regarding a briefing schedule for Plaintiffs' preliminary injunction motion and Defendant's proposed motion to dismiss, and, within seven (7) days of the date of this Order, file a joint letter with a proposed schedule.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1