UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                    Plaintiffs,<br><br>   v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                    Defendant. | No. 2:24-cv-01034 (MSG) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN E. SCHOENFELD**

Defendant University of Pennsylvania ("Penn"), by counsel, hereby moves this Honorable Court for the admission *pro hac vice* of Alan E. Schoenfeld, pursuant to Local Rule of Civil Procedure 83.5.2(b) and in support thereof, avers as follows:

1. Penn is represented in this matter by the undersigned counsel, admitted to the Bar of this Commonwealth as well as to the United States District Court for the Eastern District of Pennsylvania and is in good standing to practice law.

2. Mr. Schoenfeld is a Partner at Wilmer Cutler Pickering Hale & Dorr LLP, and he is not admitted to practice law in the Commonwealth of Pennsylvania or in the United States District Court for the Eastern District of Pennsylvania.

3. Penn has requested that Mr. Schoenfeld represent its interests in the above-captioned matter. Mr. Schoenfeld is particularly qualified to do so, as he is familiar with the issues involved in this litigation and already represents Penn in the related case, *Yakoby v. Trustees of the University of Pennsylvania*, Case No. 2:23-cv-04789-MSG. Plaintiffs bring constitutional and breach of contract claims, and Mr. Schoenfeld and his firm have considerable experience in

litigating similar matters on behalf of educational institutions. His familiarity with the case will promote efficiency in the defense of this action.

4. Mr. Schoenfeld's declaration is submitted in support of this motion.

5. No party will suffer any prejudice by the admission of Alan E. Schoenfeld *pro hac vice* to represent Penn's interests in the above-captioned matter.

6. Mr. Schoenfeld has represented that he has read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court, and agrees to be bound by both sets of Rules for the duration of this case.

**WHEREFORE,** Defendant, University of Pennsylvania, respectfully requests that this Honorable Court enter an Order permitting the admission *pro hac vice* of Alan E. Schoenfeld to the Bar of this Court for purposes limited to the above-captioned matter.

Dated: April 16, 2024     Respectfully submitted,

*s/ Sean V. Burke*
Sean V. Burke
Office of General Counsel
University of Pennsylvania
FMC Tower at Cira Centre South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104-5099
Telephone: (215) 746-5254
Facsimile: (215) 746-5222

*Attorney for Defendant University of Pennsylvania*