# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　　　Defendant. | No. 2:24-cv-01034 (MSG) |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2024, it is hereby ORDERED that the application of Alan E. Schoenfeld, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge