## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 16, 2024, a copy of the foregoing Motion for Admission Pro Hac Vice and Declaration of Alan E. Schoenfeld were served on all counsel of record who have appeared in this case via the Court's CM/ECF System.


*/s/ Sean V. Burke*
Sean V. Burke