WILMERHALE

April 22, 2024

**Seth P. Waxman**

+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

**VIA ECF**

The Honorable Mitchell S. Goldberg
U.S. District Court for the Eastern District of Pennsylvania
17614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Fakhreddine v. University of Pennsylvania*, No. 2:24-cv-01034-MSG

Dear Judge Goldberg,

On behalf of counsel for both parties, I submit this letter in response to your April 15, 2024 order directing the parties to meet and confer and propose a briefing schedule for Plaintiffs' preliminary injunction motion and Defendant's forthcoming motion to dismiss (ECF No. 22). The parties jointly propose the following schedule:

- Defendant's consolidated motion to dismiss and opposition to Plaintiffs' preliminary injunction motion is due **May 7, 2024**;

- Plaintiffs' opposition to Defendant's motion to dismiss and reply in support of their preliminary injunction motion is due **May 21, 2024**;

- Defendant's reply in support of its motion to dismiss is due **June 6, 2024**.

Respectfully submitted,

*/s/ Seth P. Waxman*
Seth P. Waxman

cc:   All counsel of record (by CM/ECF)