IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUDA FAKHREDDINE *et al.*,** | |
| *Plaintiffs,* | Civil Action |
| v. | No. 24-cv-1034 |
| **THE UNIVERSITY OF PENNSYLVANIA,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 23rd day of April, 2024, it is hereby **ORDERED** that the parties' proposed briefing schedule is adopted, as follows:

1. Defendant may file a consolidated motion to dismiss and opposition to Plaintiffs' preliminary injunction motion by **May 7, 2024**.

2. Plaintiffs may file a response and reply by **May 21, 2024**.

3. Defendant may file a reply by **June 6, 2024**.


BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1