# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                     Plaintiffs,<br>   v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>                     Defendant. | No. 2:24-cv-01034 (MSG) |

## ORDER

AND NOW, this 24th day of April, 2024, it is hereby ORDERED that the application of Alan E. Schoenfeld, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

Dated:  April 24, 2024

                                                            */s/ Mitchell S. Goldberg*
                                                            Hon. Mitchell S. Goldberg
                                                            U.S. District Judge