# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　　　　　　　Defendant. | No. 2:24-cv-01034 (MSG) |

## [PROPOSED] ORDER

**AND NOW**, this ____ day of May 2024, it is hereby **ORDERED** that the motion of Defendant University of Pennsylvania (the "Defendant") for leave to file a consolidated Motion to Dismiss and Opposition to Plaintiffs' Preliminary Injunction Motion of up to 40 pages is **GRANTED**.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Mitchell S. Goldberg**