UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | No. 2:24-cv-01034 (MSG) |

## ORDER

AND NOW, this  1st  day of May 2024, it is hereby **ORDERED** that the motion of Defendant University of Pennsylvania (the "Defendant") for leave to file a consolidated Motion to Dismiss and Opposition to Plaintiffs' Preliminary Injunction Motion of up to 40 pages is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

 /s/ Mitchell S. Goldberg 
**Hon. Mitchell S. Goldberg**