# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>                 Plaintiffs,<br>  v.<br><br>THE UNIVERSITY OF PENNSYLVANIA,<br><br>                 Defendant. | No. 2:24-cv-01034 (MSG) |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____ 2024, it is hereby **ORDERED** that Defendant University of Pennsylvania's motion to dismiss Plaintiffs' complaint with prejudice is **GRANTED** and Plaintiffs' preliminary injunction motion is **DENIED**.

It is so **ORDERED**.

                                                          **BY THE COURT**:

                                                          **Hon. Mitchell S. Goldberg**