# Exhibit 2



# Statement on Palestine Writes Literature Festival

September 12, 2023

The Palestine Writes Literature Festival, a multi-day event featuring Palestinian writers, filmmakers, and artists, will take place on the University of Pennsylvania's campus later this month. This public event is not organized by the University. As is routine in universities, individual faculty, departments and centers, and student organizations are engaged as sponsors, speakers, and volunteers at this conference intended to highlight the importance and cultural impact of Palestinian writers and artists.

While the Festival will feature more than 100 speakers, many have raised deep concerns about several speakers who have a documented and troubling history of engaging in antisemitism by speaking and acting in ways that denigrate Jewish people. We unequivocally—and emphatically—condemn antisemitism as antithetical to our institutional values. As a University, we also fiercely support the free exchange of ideas as central to our educational mission. This includes the expression of views that are controversial and even those that are incompatible with our institutional values.

M. Elizabeth Magill, President
John L. Jackson, Jr., Provost
Steven J. Fluharty, Dean, School of Arts & Sciences