# Exhibit 3



# Penn begins submitting documents to House education committee for antisemitism investigation

By Ethan Crawford | 02/07/24 9:17pm

Penn began sending documents to the United States House Committee on Education and the Workforce on Wednesday, a Committee spokesperson told The Daily Pennsylvanian.

This comes after Committee Chair Rep. Virginia Foxx (R-N.C.) sent a letter to Interim Penn President Larry Jameson and University Board of Trustees Chair Ramanan Raghavendran on Jan. 24, citing "grave concerns" about the University's response to antisemitism on campus. Foxx set Feb. 7 as the deadline for Penn to respond with the appropriate documents — including those pertaining to antisemitism or anti-Zionism on campus, pro-Palestine groups and actions at Penn, foreign donations to the University, and data on Jewish enrollment.

However, the University spokesperson told the DP that the process of transferring documents would last multiple weeks — meaning Penn may not be fully compliant with the Feb. 7 deadline included in the letter.

A House education committee spokesperson confirmed to the DP that the committee has received documents and is currently reviewing them.

**RELATED:**
Magill announces University-wide plan to combat antisemitism with increased security, education

Department of Education launches investigation into Penn over alleged instances of antisemitism

The initial letter claimed that Penn has an "environment of pervasive antisemitism," referencing campus events since September 2023 and the decline of Penn's Jewish undergraduate population in recent years as reasons for the investigation and subsequent document retrieval.

In the letter, the committee requested 25 groups of documents related to antisemitic acts on campus and Penn's disciplinary response to these acts. The requested information included activity by the Board of Trustees, findings by the University's antisemitism task force, and administrative communications surrounding the Palestine Writes festival.

Earlier on Feb. 7, the Committee on Education and the Workforce issued a final warning to Harvard Corporation Senior Fellow Penny Pritzker and Interim President Alan Garber for Harvard to fully comply with its own request for documents and information. The letter suggested that Harvard was "obstructing" the committee's investigation.

The committee's initial investigation began on Dec. 7 following a congressional hearing on antisemitism with former Penn President Liz Magill, former Harvard University President Claudine Gay, and Massachusetts Institute of Technology President Sally Kornbluth. Two days following the hearing, Magill and former Board of Trustees Chair Scott Bok resigned.

During the hearing, Rep. Elise Stefanik (R-N.Y.) asked Magill whether individuals who call for the genocide of Jewish people violate Penn's policies or code of conduct.

"If the speech turns into conduct, it can be harassment," Magill said. "It is a context dependent decision."

**Sign up for our newsletter**
Get our newsletter, *DP Daybreak*, delivered to your inbox every weekday morning.

Your email    [Sign Up]

Following this response and the subsequent backlash, the committee announced their investigation with the "full force of subpoena power," with Stefanik referencing the "pathetic and morally bankrupt testimony by university presidents" as its motive.

**PennConnects**



**Most Read**

1. LIVE UPDATES: Penn encampment enters first night as University warns of consequences

2. Alumni demand Penn take action against eight professors, citing alleged antisemitic conduct

3. LIVE UPDATES: Fate of pro-Palestinian encampment remains uncertain on day seven

Penn threatens consequences

Penn has also been under investigation by several other agencies in the past few months.

The Department of Education launched its own investigation into antisemitism on Nov. 16, 2023, though it has since been dismissed due to the existence of a lawsuit containing the same allegations. The House Ways and Means Committee also began probing Penn on Jan. 10, questioning the University's tax-exempt status over the University's alleged lack of support for Jewish students on campus.

The Daily Pennsylvanian is an independent, student-run newspaper. Please consider making a donation to support the coverage that shapes the University. Your generosity ensures a future of strong journalism at Penn.

**DONATE**

## More Like This



House committee requests that Penn submit documents on antisemitism response by Feb. 7



A look into the ongoing federal investigations over Penn's response to antisemitism



President Magill to testify before Congress in hearing about antisemitism on college campuses

Second House committee to investigate Penn's response to antisemitism, challenging tax-exempt status

Department of Education launches investigation into Penn over alleged instances of antisemitism

---

**4** ... for breaking University policies, laws amid pro-Palestinian encampment

**5** LIVE UPDATES: Fate of pro-Palestinian encampment remains uncertain on day seven

**6** LIVE UPDATES: Day three of the pro-Palestinian encampment on Penn's College Green

**7** LIVE UPDATES: Fate of pro-Palestinian encampment remains uncertain on day seven

**8** LIVE UPDATES: Fate of pro-Palestinian encampment remains uncertain on day seven

**9** LIVE UPDATES: Day two of pro-Palestinian encampment on Penn's College Green

**10** LIVE UPDATES: Day two of pro-Palestinian encampment on Penn's College Green

---



Follow The Daily Pennsylvanian

**Newsletters**

Have top stories from The Daily Pennsylvanian delivered to your inbox every day, Monday through Friday, when Penn classes are in session.

### News
- Academics
- Administration
- Admissions
- Identities
- Science & Health
- Politics
- Philadelphia
- Student Life
- Data
- Business

### Sports
- Baseball
- Softball
- Men's Lacrosse
- Women's Lacrosse
- Men's Tennis
- Women's Tennis
- Track & Field

### Opinion
- Staff Editorials
- Opinion Columns
- Guest Columns
- Opinion Submissions

### Crosswords
- Mini Crosswords
- Crossword Columns

### More
- Sponsored Content

About · Archives · Staff List · Privacy Policy · Terms of Service · Advertise · Creative Agency · Donate · Community Guide · DPAA · Contact Us

Copyright © 2024 *The Daily Pennsylvanian, Inc.*
All Rights Reserved.

Powered by  Solutions by The State News.