## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 7, 2024, true and correct copies of the foregoing Defendant's Motion to Dismiss the Complaint with Prejudice and Opposition to Plaintiffs' Motion for Preliminary Injunction, and the Declaration of David Gringer were filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  May 7, 2024                                                                Respectfully submitted,

                                                                                                   */s/ David Gringer*
                                                                                                   David Gringer