## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on **May 21, 2024**, a true and correct copy of the foregoing **Plaintiffs' Reply Memorandum In Opposition to Defendant's Motion to Dismiss and Plaintiffs' Support for Preliminary Injunction** was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 21, 2023

Respectfully Submitted,

_____
Shahily Negrón, Esq.