IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNIVERSITY OF PENNSYLVANIA, <br><br> *Defendant*. | Civil Action <br><br> No. 24-cv-1034 |

### ORDER

**AND NOW**, this 24th day of June, 2024, upon consideration of Defendant's motion to dismiss, and Plaintiffs' motion for a preliminary injunction, and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

    1.    Defendant's motion to dismiss (ECF No. 29) is **GRANTED**.

    2.    Plaintiffs' motion for a preliminary injunction (ECF No. 20) is **DENIED**.

    3.    Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

    4.    Within 14 days of this Order, Plaintiffs may file an amended complaint to cure, if possible, the deficiencies outlined herein, if Plaintiffs can do so in good faith.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**