UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUDA FAKHREDDINE, TROUT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE, | : : : : | Docket No. 224-CV-01034 |
| PLAINTIFFS, | : : | Honorable Mitchell S. Goldberg, Chief Judge |
| v. | : : | **NOTICE OF APPEAL IN A CIVIL CASE** |
| THE UNIVERSITY OF PENNSYLVANIA, | : : | |
| DEFENDANT. | : : : | |

Notice is hereby given that Plaintiffs Huda Fakhreddine, Trout Powell, and Penn Faculty For Justice In Palestine in the above-captioned case hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated and entered on June 24, 2024, and Memorandum dated and entered on June 24, 2024, granting Defendant's Motion to Dismiss.

Dated:        June 24, 2024                                              Respectfully Submitted,

_____
Shahily Negrón, Esq.
Attorney ID: 332842
The Law Firm of Shahily Negron, Esq. d/b/a
Negrón Law, LLC
943 Washington Street
Reading, PA 19601
Phone: (646) 484-1491
Fax: (347) 814-1827
Email: shahily@lawnegron.com

Jonathan Wallace, Esq.*
Admitted Pro Hac Vice

*Attorneys for Plaintiffs*