# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2240

Huda Fakhreddine, et al v. University of Pennsylvania

(U.S. District Court No.: 2-24-cv-01034)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear their own costs. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 26, 2024
CLW/cc: Jason G. Canavan, Esq.
  David Gringer, Esq.
  Shahily Negron, Esq.
  Alan E. Schoenfeld, Esq.
  Jonathan Wallace, Esq.
  Seth P. Waxman, Esq.
  Mr. George V. Wylesol

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate