**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, a true and correct copy of the foregoing Defendant's Letter Requesting Pre-Motion Conference was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 16, 2024                                                    Respectfully submitted,

                                                                                            */s/ David Gringer*
                                                                                            David Gringer