IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUDA FAKHREDDINE** *et al.*, *Plaintiffs*, v. **THE UNIVERSITY OF PENNSYLVANIA**, *Defendant*. | Civil Action No. 24-cv-1034 |

## ORDER

**AND NOW**, this 16th day of September, 2024, upon consideration of Defendant's letter requesting a pre-motion conference (ECF No. 40), and Plaintiffs' letter in response (ECF No. 44), and the Court finding that a pre-motion conference to discuss Defendant's proposed Motion to Dismiss is unlikely to be helpful in resolving the Motion, it is hereby **ORDERED** that Defendant shall, **within fourteen (14) days** of the date of this Order, file either a Motion to Dismiss or a responsive pleading.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1