THIS UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE, TROUTT POWELL, and PENN FACULTY FOR JUSTICE IN PALESTINE,<br><br>             Plaintiffs,<br>     v.<br><br>THE UNIVERSITY OF PENNSYLVANIA,<br><br>             Defendant. | No. 2:24-cv-01034 (MSG) |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____ 2024, it is hereby **ORDERED** that Defendant University of Pennsylvania's motion to dismiss Plaintiffs' amended complaint with prejudice is **GRANTED**.

It is so **ORDERED**.

**BY THE COURT**:

_____
**Hon. Mitchell S. Goldberg**
