IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE *et al.*, *Plaintiffs*, v. THE UNIVERSITY OF PENNSYLVANIA, *Defendant*. | Civil Action No. 24-cv-1034 |

## ORDER

**AND NOW**, this 13th day of January, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 47), Plaintiffs' Response in Opposition (ECF No. 50), and Defendant's Reply (ECF No. 51), it is hereby **ORDERED** that oral argument on the Motion is scheduled for **Tuesday, January 28, 2025 at 11:00 a.m. in Courtroom 17A**. The Parties **SHALL** be prepared to discuss only the Faculty Plaintiffs' breach of contract claim.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1