IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUDA FAKHREDDINE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNIVERSITY OF PENNSYLVANIA, <br><br> *Defendant*. | Civil Action <br><br> No. 24-cv-1034 |

### ORDER

**AND NOW**, this 30th day of January, 2025, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (ECF No. 47), Plaintiffs' Response thereto (ECF No. 50), and Defendant's Reply (ECF No. 51), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss (ECF No. 47) is **GRANTED**.

2. Plaintiffs' Amended Complaint (ECF No. 35) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court **SHALL** close this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1