UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------x

HUDA FAKHREDDINE,
TROUTT POWELL,  and PENN
FACULTY  FOR JUSTICE IN PALESTINE,

                                                            Docket No. 224-CV-01034
                                                            Honorable Mitchell S. Goldberg, Chief Judge

                      Plaintiffs,

     -againt-

THE UNIVERSITY OF PENNSYLVANIA,

                      Defendants,

------------------------------------------------------------x

**NOTICE OF APPEAL IN A CIVIL CASE**

Notice is hereby given that Plaintiffs Huda Fakhreddine and Penn Faculty For Justice In Palestine in the above-captioned case hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated and entered on January 30, 2025, and Memorandum dated and entered on January 30, 2025, granting Defendant's Motion to Dismiss.

Dated:  February 19, 2025

                                          Respectfully Submitted,
                                          /s/ Shahily Negron

                                          _____
                                          Shahily Negrón, Esq.
                                          Attorney ID: 332842
                                          The Law Firm of Shahily Negron, Esq. d/b/a
                                          Negrón Law, LLC
                                          943 Washington Street
                                          Reading, PA 19601
                                          Phone: (646) 484-1491
                                          Fax: (347) 814-1827
                                          Email: shahily@lawnegron.com

Jonathan Wallace, Esq.*
PO #728
Amagansett, NY 11930
jonathan.wallace80@gmail.com
*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*