UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
----------------------------------------------------------x

HUDA FAKHREDDINE,
TROUTT POWELL,  and PENN                                     CASE NO: 24-cv-01034-KNS
FACULTY  FOR JUSTICE IN PALESTINE,

                                    Plaintiffs,

            -againt-

THE UNIVERSITY OF PENNSYLVANIA,

                                    Defendants,

----------------------------------------------------------x

## CERTIFICATE OF SERVICE


        I hereby certify that, on February 19, 2025, a copy of the foregoing Notice of Appeal was

served on all counsel of record who have appeared in this case via the Court's CM/ECF System.



                                            /s/ Jonathan Wallace
                                            Jonathan Wallace
                                            PO #728
                                            Amagansett NY 11930
                                            917-359-6234
                                            jonathan.wallace80@gmail.com
                                            Attorney for Plaintoiffs